UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | ORDER |
| LOUIS MARVIN FELICIANO | : | |
| | : | CR. NO.  12-587(JBS) |
| | : | |
| | : | |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

IT IS on this 5TH day of SEPTEMBER, 2012

ORDERED that the Federal Public Defender for the District of New Jersey, (Christopher O'Malley, AFPD) is hereby appointed to represent said defendant in this case until further order of the Court.

                                          s/ JEROME B. SIMANDLE
                                          CHIEF UNITED STATES DISTRICT JUDGE

cc:  Federal Public Defender